NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1087

BUSHNELL INC. and LASER TECHNOLOGY, INC.

Plaintiffs-Appellees,

v.

THE BRUNTON COMPANY (now known as Fiskars Brands, Inc.),

Defendant –Appellant,

and

LANSHUO PHOTOELECTRIC SCIENCE AND TECHNOLOGY COMPANY LTD.,

Defendant-Appellant,

and

LS GLOBAL LLC,

Defendant.

Appeal from the United States District Court for the District of Kansas in case no. 09-CV-2009, Judge Kathryn H. Vratil.

ON MOTION

O R D E R

The appellants move for a 14-day extension of time, until May 9, 2010, to file their opening brief.

IT IS ORDERED THAT:

The motion for an extension of time to file the opening brief is granted.

FOR THE COURT

APR 2 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2010

JAN HORBALY
CLERK

cc:    J. Michael Huget, Esq.
       Scott R. Brown, Esq.
       Barry L. Grossman, Esq.

s21